UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUIS A. JACKSON,           )
                                  )
        Petitioner,       )
                                  )
        v.               )        Civil Action No.  05-638 (EGS)
                                  )
                                  )
FRED FIGUEROA, *et al.*,     )
                                  )
        Respondents.    )
_____)

MEMORANDUM

_____In this *habeas corpus* action, petitioner challenges his sentence calculation. Specifically, he claims that he has not been properly credited for time served on a charge that was later dismissed.  In response to the show cause order issued herein, the government has demonstrated that petitioner has since been credited for the time forming the basis of the petition.  *See* United States Parole Commission's Opposition to Petition for Writ of *Habeas Corpus* ("Res.' Oppos") at 5-6.  It therefore asserts that the case is moot.  Petitioner has not contested this claim but instead, in response to the government's alternative ground for denying the petition, has requested that the case be held in abeyance so that he may exhaust his administrative remedies by requesting jail-time credit.  Pet.'s Resp. at 1; *cf.* Res.' Oppos. at 5.  In light of the government's unrefuted evidence showing that the jail-time credit petitioner seeks has been applied to his current sentence, Gov't Ex. 14 (Declaration of Virginia Bowie),

2

the petition for a writ of *habeas corpus* will be denied.  A separate Order of dismissal

accompanies this Memorandum.

SIGNED:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: May 3, 2006